**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12cr213-MOC**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **FINAL ORDER AND JUDGMENT** |
| v. ) | **CONFIRMING FORFEITURE** |
| ) | |
| (2) ALEJANDRO PINO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on the government's Motion for Final Order and Judgment Confirming Forfeiture (#56). On January 25, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon the Defendant's plea of guilty to Count Two in the Bill of Indictment and evidence already on record; and was adjudged guilty of the offenses charged in those counts.

On January 30, 2013 through February 28, 2013, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from January 30, 2013 for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such petitions have been filed. Based on the record in this case, including the defendant's plea of guilty, the Court finds, in accordance with Rule 32.2(c)(2), that the Defendant had an interest in the property that is forfeitable under the applicable statute.

**ORDER**

It is therefore **ORDERED**:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

> **One Romarm/Cugir WASR-10 .762 caliber rifle, serial number 1-52521-03 and ammunition;**
>
> **One Norinco SKS .762 caliber rifle, serial number 240060 and ammunition;**
>
> **One Masterpiece Arms rifle, serial number A0388 and ammunition; and**
>
> **One Smith & Wesson 58 .41 caliber revolver, serial number N273042 and ammunition.**

Signed: June 12, 2013

Max O. Cogburn Jr.
United States District Judge